In the Matter of the Judicial Settlement of the Accounts of MARGARET ENNIS CUNNAN, as Administratrix, etc., of KATHARINE ENNIS, Deceased.— Order affirmed, without costs of this appeal to any party, without prejudice to a renewal of the motion on proper affidavits. Memorandum: The decree was attacked by the appellant for various reasons which rested upon hearsay and were not supported by the affidavit of any one with knowledge of the facts. All concur. (The order denies an application to open a decree of judicial settlement of the accounts of an administratrix.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Judicial Settlement of the Accounts of MARY ANNA BOHAN, as Committee of FRANCIS WALTER DAVIS, an Incompetent Person.— Order so far as appealed from modified on the facts by reducing the amount ordered paid by the committee to her attorneys to $500 and the amount allowed to the committee for the payment of counsel fees and other expenses of the accounting to the sum of $500, and as modified affirmed, without costs of this appeal to any party. Memorandum: The attorneys for the committee were entitled to compensation only for legal services performed. We reach the conclusion that $500 is full compensation for all such services. On the other hand, the special guardian was charged with the duty of examining the long account and we cannot say that the sum allowed to him therefor and for his other services was excessive. All concur, except Cunningham, J., who dissents and votes for affirmance. (The portion of the order appealed from makes certain allowances to the attorneys of the committee and to the special guardian in the settlement of the accounts of the committee of an incompetent.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of ARENAS H. ERNEST, as Executor, etc., of HENRY A. ERNEST, Deceased, for an Order to Sell the Real Property, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

JAMES H. JOHNSON, Appellant, v. METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent.— Motion for reargument denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

MARY WENDRING, as Administratrix, etc., of FRANK WENDRING, Deceased, Respondent, v. LOUIS AND L. J. WHITE Co., and SIMONDS WARDEN WHITE COMPANY, Appellants.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

JOSEPH CORTELLINI, Respondent, v. CITY OF NIAGARA FALLS and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.